162 A.3d 837

**ELLIS**

v.

**MCKENZIE**

**Pet. Docket No. 44, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 1723, Sept. Term, 2015).

Petition for writ of certiorari granted. Transferred to the regular docket as No. 16, Sept. Term, 2017.

■

162 A.3d 837

**OFFICE OF PEOPLE'S COUNSEL**

v.

**PUBLIC SERVICE COMMISSION**

**Pet. Docket No. 18, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2547, Sept. Term, 2015).

Petition for writ of certiorari granted. Transferred to the regular docket as No. 15, Sept. Term, 2017.